UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAKIEA L. ROBINSON,

Plaintiff,

-against-

MAGNA CARE; et al.,

Defendants.

26-CV-7672 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

Plaintiff filed this action *pro se*. By order dated October 6, 2026 and entered on October 15, 2026, the Court: (1) dismissed all claims against Defendants Magna Care, Coca-Cola, and Local Union Teamsters 812, on claim preclusion grounds, and denied Plaintiff leave to amend her complaint against those parties; and (2) dismissed all claims against Defendant Constitution State Services TPA for Indemnity Insurance, for failure to state a claim, with 30 days' leave to replead only her claims against that Defendant. (ECF No. 6.)

In the Conclusion portion of the order, however, the Court inadvertently directed the Clerk to enter judgment in this action. That instruction was premature and was made in error.

If Plaintiff intends to amend her complaint, she must submit it to the Court within 30 days of this order. If she does not submit her complaint within 30 days of this order, the Court will dismiss the complaint for the reasons set forth in the order dated October 6, 2026.

SO ORDERED.

Dated: October 21, 2026
New York, New York

Louis L. Stanton

Louis L. Stanton
U.S.D.J.